IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE BURNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-1104-DGW |
| | ) |
| JAMES FENOGLIO, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court on the Transcript Information Sheet filed by Plaintiff on April 29, 2016.

**IT IS HEREBY ORDERED** that the Official Court Reporters prepare a transcript of the Jury Trial held on March 14 and 15, 2016 (including voir dire, opening and closing statements, and related motions and rulings) for Plaintiff at the expense of the United States by **June 13, 2016**. The Clerk of Court also is **DIRECTED** to provide Plaintiff with a copy of the Jury Instructions (Doc. 138), also at the expense of the United States.

**IT IS SO ORDERED.**

**DATED: May 10, 2016**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**